UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:10-bk-01672-PMG
CHAPTER 13

IN RE:
JONATHAN J. DANIEL A/K/A MUTT J. DANIEL
D/B/A MUTT'S MOTORS
    Debtor(s).

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for VYSTAR CREDIT UNION, a Secured Creditor, in the above styled proceeding. The Secured Creditor hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned, and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**MICHELLE L. GLASS, ESQUIRE**
**VERNIS & BOWLING OF NORTH FLORIDA, P.A.**
**4309 SALISBURY ROAD**
**JACKSONVILLE, FL 32216**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance has been served either by electronic transmission or by First Class U. S. Mail postage pre-paid to the parties listed on the attached mailing list this _29th_ day of _March_, 20_10_.

VERNIS & BOWLING
OF NORTH FLORIDA, P.A.
Attorneys for Creditor
4309 Salisbury Road
Jacksonville, Florida 32216
Telephone: (904) 296-6751
Facsimile: (904) 296-8938

By: _____
/Michelle L. Glass
Florida Bar No. 0674109

## MAILING LIST

**CASE NO:** 3:10-bk-01672-PMG

JONATHAN J. DANIEL
A/K/A MUTT J. DANIEL
D/B/A MUTT'S MOTORS
2126 TALBOT COURT
FERNANDINA BEACH, FL 32034

ALBERT H. MICKLER, ESQ.
FOR DEBTOR JONATHAN J. DANIEL
5452 ARLINGTON EXPRESSWAY
JACKSONVILLE, FL 32211

DOUGLAS W. NEWAY
CHAPTER 13 TRUSTEE
P.O. BOX 4308
JACKSONVILLE, FL 32201